IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| FRANKENMUTH MUTUAL<br>INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>LANCE E. BLAIR,<br>Individually and d/b/a LEGACY<br>CONSTRUCTION<br><br>Defendant. | No. 3:22-CV-00211-KAC-JEM<br>District Judge Katherine A. Crytzer<br>Magistrate Judge Jill E. McCook |

## RESPONSE TO SHOW CAUSE ORDER

Comes now the plaintiff, Frankenmuth Mutual Insurance Company ("Frankenmuth"), by and through counsel, and hereby responds to the Court's Show Cause Order, entered on September 12, 2022. See Doc. 6. As grounds for this response, Frankenmuth would show:

1. Frankenmuth filed this Declaratory Judgment Action on June 8, 2022. See Doc. 1.

2. Frankenmuth hired Mr. Charles McBee ("McBee"), a private process server, to serve Lance E. Blair, individually and d/b/a Legacy Construction (collectively "Defendant".

3. As laid out in more detail in McBee's affidavit, attached hereto as **Exhibit 1**, McBee has been attempting to serve Defendant, but has been unable to locate him.

4. Specifically, on July 27, 2022, McBee attempted to serve Defendant, at 622 Admiral Farragut Dr., Seymour Tennessee 37865 ("the property"). See Aff. McBee ¶ 2.

5. McBee pushed the call box at the end of the driveway of the gated property and spoke with an unknown female that he was there to serve papers on Defendant. See Aff. McBee ¶¶ 3-4. However, the female did not respond and/or open the gate to the property. Id.

6. McBee returned to the property several times on July 27, 2022, but was not let into the gated property. See Aff. McBee ¶ 5.

7. Since McBee could not access the property and no one would answer the call box to let him into the property, McBee attempted to find a different address listed for Defendant, but was unsuccessful. See Aff. McBee ¶ 8.

8. McBee attempted to call Defendant at his phone number listed as 865-694-9919, and left voicemails, but did not receive a call back. See Aff. McBee ¶¶ 7, 9.

9. As of the date of filing this Response, Frankenmuth has made a good faith effort in attempting to locate Defendant. Frankenmuth has filed a Return of Service, stating that Defendant has been unlocated. See Doc. 7.

10. Frankenmuth has recently been able to locate one other address for Defendant at 240 Boling Road, Seymour, Tennessee 37865.

11. Frankenmuth has filed an alias summons, which has been issued, and is attempting to serve Defendant at this address. See Docs. 8 and 9.

12. Therefore, Frankenmuth respectfully requests this Honorable Court extend the time for service of Defendant by 60 days in order to allow Frankenmuth to properly serve Defendant.

Respectfully submitted,

s/ Hannah J. Leifel
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**CORY R. MILLER**
Registration No. 34770
DIRECT: (615) 630-7745
(615) 256-8787, Ext. 145
cmiller@bkblaw.com
**HANNAH J. LEIFEL**
Registration No. 038632
DIRECT: (615) 630-7722
(615) 256-8787, Ext. 152
hleifel@bkblaw.com
Attorneys for Plaintiff, Frankenmuth, a Mutual
Insurance Company

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2022, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Lance E. Blair d/b/a Legacy Construction
622 Admiral Farragut Drive
Seymour, TN 37865

s/ Hannah J. Leifel
**HANNAH J. LEIFEL**

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>LANCE E. BLAIR,<br>Individually and d/b/a LEGACY CONSTRUCTION<br><br>Defendant. | No. 3:22-CV-00211-KAC-JEM<br>District Judge Katherine A. Crytzer<br>Magistrate Judge Jill E. McCook |

## AFFIDAVIT OF CHARLES MCBEE

Comes now Charles McBee, under oath, and based upon personal knowledge, states as follows:

1. I am over eighteen (18) years of age, am competent to testify, and am not laboring under any disability.

2. On July 27, 2022, I attempted to serve Lance E. Blair d/b/a Legacy Construction ("Defendant"), at 622 Admiral Farragut Dr., Seymour Tennessee 37865 ("the property").

3. Upon arrival at the property, there was a gate at the end of the driveway. There was also a call box and a camera facing in the direction of any vehicle that approached the gate.

4. I pushed the button on the call box and got a reply from an unknown female. I informed her that I had papers to serve on Defendant and received no reply. I pushed the call box again but received no reply.

FR Legacy Rouser Aff McBee 220922

5. Over the next several hours, I returned to the property several times, but received no reply. On one attempt, I saw the neighbor across the street and I asked him if he knew who live across the street. He stated that he did not, but that they always park in the garage.

6. In addition, I asked another neighbor and she stated that she did not know who lived there, but has never seen any vehicles used for construction there.

7. Subsequently, I left the property and went to a convenience store and tried to locate another address or phone number. I was able to locate the telephone number 865-694-9919, which I left a voicemail and received no call back.

8. I also found an address of 2515 Middlebrook Ridge Ln, Knoxville, Tennessee, which was the previous address for Defendant. After searching property records, I was unable to find any address owned by Lance Blair or his possible wife, Vanessa, in Knox county or any other county.

9. On July 28, 2022, I called the telephone number again, but received no reply.

10. As of the date of this affidavit, I have been unable to locate and serve Defendant.

FURTHER AFFIANT SAITH NOT.

_____
CHARLES A MCBEE

STATE OF TENNESSEE )

COUNTY OF  Knox  )

    Personally appeared before me, the undersigned, a Notary Public, in and for said county and state, the within named Charles A McBee, with whom I am personally acquainted (or upon the basis of satisfactory evidence presented to me), who, after being duly sworn, made oath that he executed the foregoing for the purposes therein contained.

    WITNESS my hand and official seal this 26th day of September, 2022.

_____
NOTARY PUBLIC

My Commission Expires:

4/29/2026