# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| Frankenmuth Mutual Insurance Company | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:22-CV-00211-KAC-JEM |
| Lance E Blair, individually and d/b/a Legacy Construction | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lance E Blair, individually and d/b/a Legacy Construction
124 Rutsonville Road
Wallkill, New York 12589


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Parks T. Chastain, Esquire
Hannah J. Leifel, Esquire
Brewer, Krause, Brooks & Chastain, PLLC
545 Mainstream Dr., Suite 101
Nashville, Tennessee 37228


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/12/22

*Signature of Clerk or Deputy Clerk*

WALSH INVESTIGATIVE & SECURITY CONSULTANTS INC. 200 TWIN ARCH ROAD SUITE 1 ROCK TAVERN NY 12575 (845) 896-3566 WALSHINVESTIGATIVE.COM

# AFFIDAVIT OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

Case Number: 3:22-CV-00211-KAC-JEM
Date Filed: October 12, 2022

*FRANKENMUTH MUTUAL INSURANCE COMPANY*

*Plaintiff*

vs

*LANCE E BLAIR, INDIVIDUALLY AND D/B/A LEGACY CONSTRUCTION*

*Defendant*

STATE OF NEW YORK, COUNTY OF ORANGE, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NEW YORK That on the following date: October 28, 2022, at the following time: 5:30 PM, at 124 RUTSONVILLE ROAD, WALLKILL, NY 12589 deponent served the within Summons in a Civil Action, Complaint for Declaratory Judgment and Exhibits

[X] Papers so served were properly endorsed with the Case Number and date of filing.

Upon: LANCE E BLAIR, INDIVIDUALLY AND D/B/A LEGACY CONSTRUCTION.

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** By delivering to and leaving with VANESSA BLAIR, WIFE (Relationship)
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[X] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[X] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed to the above address on November 1, 2022.

[ ] **Corporation LLC / LLP** By delivering and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**
Sex: Female  Color of skin: White  Color of hair: Blonde  Age: 53-57 Yrs.  Height: 5'6"-5'8"
Weight: 141-160 Lbs.  Other Features: _____

[ ] **Witness Fees** advanced payment was made.

[X] **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on November 1, 2022

NOTARY PUBLIC
HEATHER LEE LAWSON
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 4943125
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES 10/17/2024

Melissa Maneely

PROCESS SERVER LICENSE # _____

**Work Order # 1522815**